**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NO. __________** |
| **v.** | **: DATE FILED: ____________** |
| **STEVEN SALZMAN** | **: VIOLATIONS:**<br>**18 U.S.C. § 2113(a)**<br>**(bank robbery – 4 counts)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about June 10, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STEVEN SALZMAN**

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the Bank of America, 423 East Girard Avenue, lawful currency of the United States, that is, approximately $3,890, belonging to, and in the care, custody, control, management and possession of Bank of America, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 7, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STEVEN SALZMAN**

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the Sovereign Bank, 31 South 18th Street, lawful currency of the United States, that is, approximately $4,677, belonging to, and in the care, custody, control, management and possession of Sovereign Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 27, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STEVEN SALZMAN**

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the Beneficial Savings Bank, 1200 Chestnut Street, lawful currency of the United States, that is, approximately $2,206, belonging to, and in the care, custody, control, management and possession of Beneficial Savings Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 12, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**STEVEN SALZMAN**

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the PNC Bank, 1111 Market Street, lawful currency of the United States, that is, approximately $3,950, belonging to, and in the care, custody, control, management and possession of PNC Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL:**

____________________________

**FOREPERSON**

____________________________

**PATRICK L. MEEHAN**
***United States Attorney***